**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **CHARLES RAY ANDREWS, Jr.,**    ) | |
| Plaintiff,        ) | |
| vs.                     ) | No.  3:15-CV-092-B-BH |
|                              ) | |
| **MEDICAL CITY, et al.**          ) | |
| Defendants.      ) | Referred to U.S. Magistrate Judge |

**ORDER**

Pursuant to Special Order No. 3-251, this *pro se* case has been automatically referred for pretrial management. Before the Court is the plaintiff's *Application to Proceed In District Court without Prepaying Fees or Costs (Long Form),* received January 13, 2015 (doc. 5). The application is hereby **GRANTED** under 28 U.S.C. § 1915, and the plaintiff may proceed *in forma pauperis*.

It is further **ORDERED** that:

1. Service of process shall be withheld pending completion of judicial screening as provided by 28 U.S.C. § 1915(e)(2).

2. No amendments or supplements to the complaint shall be filed without prior Court approval.  A complete amended complaint shall be attached to any motion to amend.

3. All discovery in this case is stayed until the defendants are ordered to answer by the Court.

4. No additional motions for appointment of counsel shall be filed until the Court has completed its screening under § 1915(e)(2).  This may include a hearing pursuant to *Spears v. McCotter,* 766 F.2d 179 (5th Cir. 1985), the issuance of a questionnaire pursuant to *Watson v. Ault,* 525 F.2d 886 (5th Cir. 1976), or other proceedings as deemed appropriate by the Court.

5. The plaintiff must immediately notify the Court of any change of address by filing a written "Notice of Change of Address" with the Clerk.  The notice should contain only information about the change of address and its effective date; it must not contain any motions for any other relief.  **Failure to file a notice of change of address may result in the dismissal of the action for failure to prosecute or follow court orders under Federal Rule of Civil Procedure 41(b).**

**The Clerk of the Court shall mail a true copy of this order to Plaintiff or Plaintiff's attorney of record.  No further process shall issue except upon further order of the Court.**

**SO ORDERED** this **22nd day of January, 2015.**

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE